**Rodger WEIBLE, Petitioner**

v.

**William P. WELLS and Elizabeth Louise Wells, Respondent**

**No. 122 WAL 2017**

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

■.

**Glen RUSE**

v.

**WORKERS' COMPENSATION APPEAL BOARD (VALLEY MEDICAL FACILITIES SEWICKLEY)**

Petition of: Valley Medical Facilities Sewickley

**No. 65 WAL 2016**

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**WIDMER ENGINEERING, INC., Petitioner**

v.

**FIVE–R EXCAVATING, INC. and the Pennsylvania National Mutual Casualty Insurance Company, Inc., Respondents**

**No. 136 WAL 2017**

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**